# Court of Appeals
# of the State of Georgia

ATLANTA,___October 17, 2014_____

*The Court of Appeals hereby passes the following order:*

**A15D0059.  DON ROBERT FAIRCLOTH v. THE STATE.**

On August 6, 2014, Don Robert Faircloth filed this application for discretionary appeal seeking to challenge his conviction for first degree forgery, which was entered on November 2, 2011.[1] We lack jurisdiction.

No application for discretionary appeal is required to appeal a criminal conviction.  Ordinarily, if a party applies for discretionary review of a directly appealable order, we grant the application under OCGA § 5-6-35 (j).  To fall within this general rule, however, the application must be filed within 30 days of entry of the order to be appealed.  See OCGA § 5-6-35 (d) & (j); *Hill v. State*, 204 Ga. App. 582 (420 SE2d 393) (1992).  Because Faircloth filed his application almost 3 years after entry of the order he seeks to appeal, the application is untimely, and it is hereby DISMISSED for lack of jurisdiction.

Faircloth has also filed a motion for appointment of counsel, which is hereby DISMISSED as moot.

---

[1] Faircloth filed his application in the Supreme Court, which transferred the matter to this Court.



*Court of Appeals of the State of Georgia*

  *Clerk's Office, Atlanta,* <u>10/17/2014</u>

  *I certify that the above is a true extract from*

*the minutes of the Court of Appeals of Georgia.*

  *Witness my signature and the seal of said court*

*hereto affixed the day and year last above written.*

_____, *Clerk.*